[No. 570-2.    Division Two.    June 2, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN LANCE
EMERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 3261, James W. Mifflin, J., entered May 18, 1971. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 446-3.    Division Three.    June 2, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. JIMMY HILL,
*Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 16300, Lloyd L. Wiehl, J., entered July 9, 1971. *Affirmed* by unpublished opinion per Evans, J., concurred in by Munson, C.J., and Green, J.

[No. 1206-1.    Division One—Panel 2.    June 5, 1972.]

DENNIS COURTRIGHT, SR., *et al., Appellants,* v. KENNETH
R. YOUNGBERG *et al., Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 176388, Robert A. Jacques, J., entered June 28, 1971. *Affirmed* by unpublished opinion per Farris, A.C.J., concurred in by Swanson and Williams, JJ.

[No. 934-1.    Division One—Panel 2.    June 5, 1972.]

ARMAND F. ROBERGE, *Appellant,* v. FEDERAL MORTGAGE
Co., INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 640313, Warren Chan, J., entered December 11, 1970. *Affirmed* by unpublished per curiam opinion.